

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice (not participating)
Luz Elena D. Chapa, Justice (not participating)
Irene Rios, Justice
Beth Watkins, Justice (not participating)
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice (not participating)

On October 28, 2021, appellant filed a motion to recuse the three-judge panel that decided this case. By order issued November 2, 2021, the "majority of the remaining judges sitting en banc" denied similar recusal requests that the appellant filed on October 21, 2021 and October 30, 2021. *See* TEX. R. APP. P. 16.3. Accordingly, appellant's October 28, 2021 motion to recuse is **DENIED AS MOOT**.

It is so **ORDERED** November 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

